# IN THE SUPREME COURT OF PENNSYLVANIA
# WESTERN DISTRICT

JOBE DANGANAN, ON BEHALF OF   :   No. 44 WM 2017
HIMSELF AND ALL OTHERS SIMILARLY   :
SITUATED   :
  :
  :
  :
  :
  v.   :
  :
  :
  :
GUARDIAN PROTECTION SERVICES   :
  :
  :
PETITION OF: UNITED STATES COURT   :
OF APPEALS FOR THE THIRD CIRCUIT   :

## ORDER

**PER CURIAM**

AND NOW, this 8th day of August, 2017, the Petition for Certification of Question of State Law is **GRANTED**. This Court shall consider the following issues:

> 1. Whether a non-Pennsylvania resident may bring suit under the Pennsylvania Unfair Trade Practices and Consumer Protection Law (UTPCPL), [73 P.S. §§201-1 to 201-9.3], against a business headquartered in and operating from Pennsylvania, based on transactions which occurred outside of Pennsylvania?
>
> 2. If the UTPCPL does not allow a non-Pennsylvania resident to invoke its protections, whether the parties can, through a choice-of-law provision, expand its protections to parties to the contract who are non-Pennsylvania resident consumers?

The Prothonotary is **DIRECTED** to establish a briefing schedule and list this case for oral argument.